11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

James Albert Edwards,                    \* From the 106th District
                                              Court of Dawson County,
                                              Trial Court No. 10-7030.

Vs. No. 11-11-00136-CR                   \* May 16, 2013

The State of Texas,                      \* Memorandum Opinion by McCall, J.
                                              (Panel consists of: Wright, C.J.,
                                              McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.